IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Willis, Jacqueline

Printed: 12/02/08

Case Number: 08 B 02519
Judge: Wedoff, Eugene R
Filed: 2/5/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed - No Disch: October 16, 2008
Confirmed: April 3, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,530.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 434.35 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,273.00 |
| Trustee Fee: |  | 188.22 |
| Other Funds: |  | 634.43 |
| Totals: | 3,530.00 | 3,530.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 2,273.00 | 2,273.00 |
| 2. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | Saxon Mortgage Services Inc | Secured | 26,411.85 | 0.00 |
| 4. | RJM Acquisitions LLC | Unsecured | 10.04 | 100.35 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 33.40 | 334.00 |
| 6. | Cook County Treasurer | Secured | | No Claim Filed |
| 7. | Senex Services Corp | Unsecured | | No Claim Filed |
| 8. | LeLand Scott & Associates | Unsecured | | No Claim Filed |
| 9. | Nicor Gas | Unsecured | | No Claim Filed |
| 10. | Payday Loan | Unsecured | | No Claim Filed |
| 11. | Harris & Harris | Unsecured | | No Claim Filed |
| 12. | Sallie Mae | Unsecured | | No Claim Filed |
| 13. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
|  |  |  | $ 28,728.29 | $ 2,707.35 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 188.22 |
|  | $ 188.22 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Willis, Jacqueline

Printed: 12/02/08

Case Number:  08 B 02519
Judge:  Wedoff, Eugene R
Filed:  2/5/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

